AO 240A

# UNITED STATES DISTRICT COURT
## District of New Jersey

UGO NWACHUKWU

        Plaintiff,

V.

UMDNJ, et al.,

        Defendants.

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Case Number: 08-5312(SDW)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☐ GRANTED, and

☐ The clerk is directed to file the complaint, and

☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☒ DENIED, for the following reasons: _Plaintiff has failed to set forth claims upon which relief is being sought. Plaintiff shall submit an Amended Complaint along with Application to proceed without payment of fees by December 5, 2008._

☐ and the Clerk is directed to close the file.

Plaintiff may submit a filing fee of $350.00 within 30 days from the date of this order to reopen the case.

ENTER this **3rd** day of **November**, 2008

                                        Signature of Judicial Officer

                                        Name and title of Judicial Officer